**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Interstate Development Corporation of Illinois, et al.,<br><br>    Defendants. | No. CV 07-cv-1966-PHX-JAT<br><br>**ORDER** |

Plaintiff Best Western has filed a Motion for Entry of Default Judgment (Doc. #18) against Defendants Interstate Development Corporation of Illinois, a Delaware corporation; and Kevin C. Williams, an individual, pursuant to Federal Rules of Civil Procedure. Based on its review of the Complaint, the Motion, and the supporting affidavits, the Court finds:

1. The Defendants, Interstate Development Corporation of Illinois and Kevin C. Williams, were regularly and duly served;

2. Their time to answer has expired;

3. Their default was regularly entered and that the allegations contained in Plaintiff's complaint are true and correct.

Accordingly,

IT IS ORDERED GRANTING the Motion for Entry of Default Judgment (Doc. #18).

IT IS FURTHER ORDERED denying as moot all remaining pending motions in the case.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment for Plaintiff against Defendants Interstate Development Corporation of Illinois, a Delaware corporation; and Kevin C. Williams, an individual, and each of them, as follows:

a. On Counts I and II of the Complaint in the amount of $52,616.01, plus interest thereon at the rate of 1.5% per month from and after February 1, 2008;

b. On Count III of the Complaint in the amount of $244,842.00;

c. On Counts V, VI, VII, VIII, and IX, X and XI, defendants and their officers, agents, servants, employees and attorneys and those persons in active concert or participation with said corporation are permanently enjoined from:

i) making any use of the Best Western Marks, any colorable imitation thereof, or any other confusingly similar marks;

ii) displaying, authorizing, licensing or assisting or facilitating any other person's or entity's use of display of the Best Western Marks or any colorable imitation thereof;

iii) using anything consisting of or incorporating any one or more words, letters, designs or devices that contain any component of the Best Western Marks, or which singly or together are similar in spelling, sound, appearance, or in any other manner to the Best Western Marks;

iv) Defendants and any other persons and entities acting on behalf of or in concert with Defendants, are directed to immediately and permanently remove all Best Western Marks as used on the premises of, or in reference to, the Hotel including (without limitation) any road signs, wall signs, or any other display or item bearing any of the Best Western Marks;

vi) Defendants and any other persons and entities acting on behalf of or in concert with Defendants are enjoined from applying for, pursuing, or owning any applications or registrations, including without limitation any domain names, business names, corporate names, trade names, trademarks, service marks or d/b/as that contain any component of the Best Western Marks, any colorable imitation thereof, or any confusingly similar Marks;

viii) Defendants and any other persons and entities acting on behalf of or in concert with Defendants, are directed to immediately notify all advertisers, search engines, and providers

1 of related services that Defendants' Hotel is not affiliated with Best Western and is required
2 to cause the cessation of all advertising and distribution of promotional material containing
3 any of the Best Western Marks, any colorable imitation thereof, or any other confusingly
4 similar marks, and enjoining Defendants from using any such marks (or any imitations or
5 marks confusingly similar thereto) anywhere on the Internet or elsewhere, including without
6 limitation any use on or with any websites, domain names, metatags, key words, banner ads,
7 or search engines;

8 d.  On all Counts of the Complaint, for Plaintiff's reasonable attorneys' fees incurred
9 herein in the amount of $6,881.60.

10  DATED this 21st day of April, 2008.

.

_____
James A. Teilborg
United States District Judge

- 3 -